# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

No. 20-7677

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

THOMAS WALKER LABUWI, II,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Terrence W. Boyle, District Judge. (7:00-cr-00078-BO-8)

Submitted: February 23, 2021                    Decided: February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Walker Labuwi, II, Appellant Pro Se. Joshua L. Rogers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Walker Labuwi, II, appeals the district court's order construing his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction as an unauthorized, successive 28 U.S.C. § 2255 motion and denying it on that basis.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Labuwi*, No. 7:00-cr-00078-BO-8 (E.D.N.C. Oct. 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court denied Labuwi's motion for relief from judgment in the same order. Labuwi's appeal of that motion was assigned a separate case number, No. 20-7679, and ultimately dismissed for failure to prosecute.